United States District Court
Southern District of Texas
**ENTERED**
March 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORMA LINDA GONZALEZ | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| ANDREW M. SAUL, | ) | M-19-029 |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's cause of action. After having reviewed the said Report and Recommendation, and after appropriate review of Plaintiff's objections and amended objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 15 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to counsel for the Parties.

DONE on this 30th day of March, 2020, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE